# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HEALTHTRACKRX INDIANA, INC., | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-01063 |
| | § | Judge Mazzant/Judge Davis |
| v. | § | |
| | § | |
| RSUI INDEMNITY COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 29, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #30) that Defendant RSUI Indemnity Company's Motion for Judgment on the Pleadings (Dkt. #14) be granted. On May 13, 2026, Plaintiff filed Objections (Dkt. #32) to the Report. On May 27, 2026, Defendant filed a Response to Plaintiff's Objections (Dkt. #33).

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #32) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant RSUI's Motion for Judgment on the Pleadings (Dkt. #14) is hereby **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED this 14th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE